IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE WONSEY,<br><br>Defendant. | Case: 1:23-cr-20578<br>Assigned To : Ludington, Thomas L.<br>Referral Judge: Morris, Patricia T.<br>Assign. Date : 10/11/2023<br>Description: INFO USA V. WONSEY (DA)<br>Case No.<br><br>Hon. |

## INFORMATION

The United States charges:

### COUNT ONE
### 26 U.S.C. § 7206(1)
### (False Tax Return)

On or about April 15, 2018, in the Eastern District of Michigan, RONNIE WONSEY ("WONSEY"), a resident of Alma, Michigan, willfully made and subscribed, and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, Form 1040, for calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury and which WONSEY did not believe to be true and correct as to every material matter. That tax return reported, at Line 22, total income in the amount of

$131,218, whereas, as WONSEY knew, he had total income in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

DAWN N. ISON
United States Attorney
U.S. Attorney's Office for the Eastern District of Michigan

/s/ Melissa S. Siskind
MELISSA S. SISKIND
COLLEEN M. MCCARTHY
Trial Attorneys
Department of Justice, Tax Division

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** MSS |

    **Case Title:**    USA v.  Ronnie Wonsey

    **County where offense occurred:**  Gratiot

    **Offense Type:**    Felony

    Information -- no prior complaint

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

    **Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

| | |
|---|---|
| 10/10/2023 | s/Melissa S. Siskind |
| Date | Melissa S. Siskind<br>Trial Attorney<br>Department of Justice Tax Division<br>Northern Criminal Enforcement Section<br>(202) 598-7822<br>Melissa.s.siskind@usdoj.gov |

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.